IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>MICHELLE ADKINS,<br><br>               Defendant. | 8:13CR424<br><br>ORDER |

This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. ([Filing No. 1](#)). The Indictment dismissed.

DATED this 27th day of July, 2015.

BY THE COURT:

   s/Joseph F. Bataillon_____
JOSEPH F. BATAILLON
Senior United States District Judge